**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:
CARD MART OF AMERICA, INC.        Case No. 99-24366-RBR
                                  Chapter 7

      Debtor(s)
_____/

**TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS**

    The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

    The dividend checks were mailed to creditors on 6/4/15. If checks are not cashed within 90 days by the creditors, all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

    /s/ Kenneth A. Welt
    Kenneth A. Welt, Chapter 7 Trustee
    1776 N. Pine Island Rd.
    Ste. 101
    Plantation, FL 33322
    Telephone: (954) 916-1560

# CLAIMS DISTRIBUTION REGISTER

CASE: 99-24366-RBR    CARD MART OF AMERICA, INC.

| Claim No. | Date | Claimant | Category | Amount Filed | Amount Allowed | Paid To Date | Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Trustee Compensation** | | | | | | | | |
| TTEEF | 06/30/1999 | KENNETH A. WELT, TRUSTEE<br>3790 NORTH 28TH TERRACE<br>HOLLYWOOD , FL 33020 | 2100-000 | $14,561.64 | $14,561.64 | $14,561.64 | $0.00 | $0.00 |
| Percent Paid: | | | 100.00% | | | | | |
| **Total for Trustee Compensation** | | | | **$14,561.64** | **$14,561.64** | **$14,561.64** | **$0.00** | **$0.00** |
| **Trustee Expenses** | | | | | | | | |
| TTEEX | 02/20/2015 | KENNETH A. WELT, TRUSTEE<br>1776 N. Pine Island Rd.<br>#222<br>Plantation , FL 33322 | 2200-000 | $336.24 | $336.24 | $336.24 | $0.00 | $0.00 |
| Percent Paid: | | | 100.00% | | | | | |
| **Total for Trustee Expenses** | | | | **$336.24** | **$336.24** | **$336.24** | **$0.00** | **$0.00** |
| **Attorney for Trustee Fees (Other Firm)** | | | | | | | | |
| | 06/30/1999 | Markowitz, Davis, Ringel & Trusty, P.A.<br>Two Datran Center, Suite 1225<br>9130 South Dadeland Blvd.<br>Miami, , FL 33156 | 3210-000 | $27,698.00 | $27,698.00 | $27,698.00 | $0.00 | $0.00 |
| Percent Paid: | | | 100.00% | | | | | |
| ATYF | 02/19/2015 | Markowitz, Ringel, Trusty & Hartog, P.A.<br>**NOTES:** ECF #119 dated 9/13/12 Order to Employ ECF #126 dated 7/31/14 Final Fee Application | 3210-000 | $9,809.50 | $9,809.50 | $9,809.50 | $0.00 | $0.00 |
| Percent Paid: | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Fees (Other Firm)** | | | | **$37,507.50** | **$37,507.50** | **$37,507.50** | **$0.00** | **$0.00** |
| **Attorney for Trustee Expenses (Other Firm)** | | | | | | | | |
| | 06/30/1999 | Markowitz, Davis, Ringel & Trusty, P.A.<br>Two Datran Center, Suite 1225<br>9130 South Dadeland Blvd.<br>Miami, , FL 33156 | 3220-000 | $3,154.28 | $3,154.28 | $3,154.28 | $0.00 | $0.00 |
| Percent Paid: | | | 100.00% | | | | | |
| ATYEX | 02/19/2015 | Markowitz, Ringel, Trusty & Hartog, P.A. | 3220-000 | $1,221.06 | $1,221.06 | $1,221.06 | $0.00 | $0.00 |
| Percent Paid: | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Expenses (Other Firm)** | | | | **$4,375.34** | **$4,375.34** | **$4,375.34** | **$0.00** | **$0.00** |
| **Accountant for Trustee Fees (Other Firm)** | | | | | | | | |
| | 06/30/1999 | MARK R. GERSTLE, C.P.A.<br>19495 BISCAYNE BLVD<br>SUITE 705<br>AVENTURA , FL 33180 | 3410-000 | $13,899.00 | $13,899.00 | $13,899.00 | $0.00 | $0.00 |
| Percent Paid: | | | 100.00% | | | | | |
| ACTF | 02/19/2015 | Michael A. Borkowski<br>190 S.E.19 Avenue<br>Pompano Beach , FL 33060<br>**NOTES:** ECF #130 dated 11/6/14 Order to Employ ECF #134 dated 2/19/15 Final Fee Application | 3410-000 | $2,080.00 | $2,080.00 | $2,080.00 | $0.00 | $0.00 |
| Percent Paid: | | | 100.00% | | | | | |
| **Total for Accountant for Trustee Fees (Other Firm)** | | | | **$15,979.00** | **$15,979.00** | **$15,979.00** | **$0.00** | **$0.00** |
| **Accountant for Trustee Expenses (Other Firm)** | | | | | | | | |
| | 06/30/1999 | MARK R. GERSTLE, C.P.A. | 3420-000 | $60.00 | $60.00 | $60.00 | $0.00 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 19495 BISCAYNE BLVD<br>SUITE 705<br>AVENTURA , FL 33180 | | | | | |
| **Percent Paid:** | | | 100.00% | | | | |
| ACTEX | 02/19/2015 | Michael A. Borkowski<br>190 S.E.19 Avenue<br>Pompano Beach , FL 33060 | 3420-000 | $54.98 | $54.98 | $54.98 | $0.00 | $0.00 |
| **Percent Paid:** | | | 100.00% | | | | |
| **Total for Accountant for Trustee Expenses (Other Firm)** | | | | **$114.98** | **$114.98** | **$114.98** | **$0.00** | **$0.00** |

## Deposits

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1A | 07/12/1999 | Anita or Matthew Jarzeboshi<br>14885 Dasher<br>Allen Park , MI 48101<br>**NOTES:** 2/18/13 - Refer to ECF #63. (LB) | 5600-000 | $5,440.00 | $1,950.00 | $1,950.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | 100.00% | | | | |
| 18A | 07/30/1999 | Meng Ung<br>37 Central Street<br>Saugus , MA 01906<br>**NOTES:** 2/18/13 - Claim allowed as general unsecured and priority as per ECF #85. (LB) | 5600-000 | $5,440.00 | $1,950.00 | $1,950.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | 100.00% | | | | |
| 24A | 08/09/1999 | Bruce Kennaugh & Jan Ricky<br>POB 1380<br>Lake Stevens , WA 98258<br>**NOTES:** 2/18/13 - Cannot find explanation on docket as to why claim was split into part A and part B. (LB) | 5600-000 | $10,880.00 | $1,950.00 | $1,950.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | 100.00% | | | | |
| 25A | 08/09/1999 | Scott Coleman<br>15316 W 91 Terrace<br>Lenexa , KS 66219<br>**NOTES:** 2/18/13 - Claim allowed per ECF #82. See order for specifics. Reviewed. (LB) | 5600-000 | $22,000.00 | $1,950.00 | $1,950.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | 100.00% | | | | |
| 35 | 08/19/1999 | Sean Kelly<br>1401 Village Blvd #1818<br>West Palm Beach , FL 33409<br>**NOTES:** 2/15/13 - Reviewed. (LB) | 5600-000 | $1,650.00 | $1,650.00 | $1,650.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | 100.00% | | | | |
| 40A | 08/27/1999 | Ervin Smith<br>10 Adrian Avenue D<br>Bronx , NY 10463 | 5600-000 | $5,440.00 | $1,950.00 | $1,950.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | 100.00% | | | | |
| 60A | 10/19/1999 | Richard V Trevino<br>4210 N Ridgeway Ave<br>Chicago , IL 60618<br>**NOTES:** 2/14/13 - Refer to ECF #63. Reviewed. (LB) | 5600-000 | $5,000.00 | $1,950.00 | $1,950.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | 100.00% | | | | |
| 72 | 11/19/1999 | William West<br>87 East Avenue<br>Wellsboro , PA 16901-1747<br>**NOTES:** 2/13/13 Added and reviewed by (LB) | 5600-000 | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | 100.00% | | | | |
| **Total for Deposits** | | | | **$56,850.00** | **$14,350.00** | **$14,350.00** | **$0.00** | **$0.00** |

## Claims of Governmental Units

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37 | 08/20/1999 | FL Dept of Revenue<br>POB 6668<br>Tallahassee , FL 32314<br>**NOTES:** 2/15/13 - Reviewed. (LB) | 5800-000 | $2,350.00 | $2,350.00 | $2,350.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | 100.00% | | | | |
| 74 | 12/06/1999 | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | FL Dept labor & Employment Security<br>c/o Michael M Metz<br>Hartman Bldg #307<br>Tallahassee , FL 32399<br>**NOTES:** 2/13/13 - Reviewed by (LB) | 5800-000 | $175.61 | $175.61 | $175.61 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **100.00%** | | | | |
| **Total for Claims of Governmental Units** | | | | **$2,525.61** | **$2,525.61** | **$2,525.61** | **$0.00** | **$0.00** |

## General Unsecured § 726(a)(2)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| COURT | 06/30/1999 | U .S. Bankruptcy Court Clerk<br>299 East Broward<br>Room 112<br>Fort Lauderdale , FL 33301<br>**NOTES:** $260 paid by counsel | 7100-000 | $.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 1B | 07/12/1999 | Anita or Matthew Jarzeboshi<br>14885 Dasher<br>Allen Park , MI 48101<br>**NOTES:** 2/18/13 - Refer to ECF #63. (LB) | 7100-000 | $5,440.00 | $3,490.00 | $552.34 | $2,937.66 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 2 | 07/20/1999 | Mirage Building Maintenance Inc<br>3430 N W 16th Street Suite 12<br>Lauderhill , FL 33311<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $609.50 | $609.50 | $96.46 | $513.04 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 3 | 07/20/1999 | Graphic Concepts in Printing Inc<br>2240 S W 70th Avenue Suite G<br>David , FL 33317<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $14,231.00 | $14,231.00 | $2,252.26 | $11,978.74 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 4 | 07/21/1999 | Mak Advertising<br>15050 N E 20th Ave #101<br>Miami , FL 33181<br>**NOTES:** 2/818/13 - Reviewed. (LB) | 7100-000 | $20,377.50 | $20,377.50 | $3,225.03 | $17,152.47 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 5 | 07/21/1999 | Richard A Dent<br>3335 Winterbrook Place<br>Jametown , NC 27282<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $18,868.00 | $18,868.00 | $2,986.13 | $15,881.87 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 7 | 07/21/1999 | American Changer<br>1400 NW 65th Place<br>Ft. Lauderdale , FL 33309<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $38,858.68 | $38,858.68 | $6,149.94 | $32,708.74 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 8 | 07/23/1999 | Tim Silence<br>472 E Summer Street<br>Paxton , IL 60957<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $5,242.00 | $5,242.00 | $829.62 | $4,412.38 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 9 | 07/26/1999 | Dorothea Hines<br>665 N E 83rd Terrace 114<br>Miami , FL 33138<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $5,440.00 | $5,440.00 | $860.96 | $4,579.04 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 10 | 07/26/1999 | Graphic Printing Corp<br>751 Park of Commerce Drive 136<br>Boca Raton , FL 33487<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $14,420.00 | $14,420.00 | $2,282.17 | $12,137.83 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |

| # | Date | Claimant | Code | Amount | Allowed | Paid | Balance | Remaining |
|---|---|---|---|---|---|---|---|---|
| 11 | 07/26/1999 | Austin Johnson<br>226 30 Mentone Avenue<br>Laurelton , NY 11413<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $15,000.00 | $15,000.00 | $2,373.96 | $12,626.04 | $0.00 |
| **Percent Paid:** | | | **15.83%** | | | | | |
| 12 | 07/26/1999 | Earnest Hearn<br>4456 N Placita Del Paisano<br>Tucson , AZ 85745 | 7100-000 | $9,240.00 | $9,240.00 | $1,462.36 | $7,777.64 | $0.00 |
| **Percent Paid:** | | | **15.83%** | | | | | |
| 13 | 07/26/1999 | Michael & Maria Higby<br>47232 Warwick Ct<br>Shelby Twp , MI 48315<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $10,880.00 | $10,880.00 | $1,721.92 | $9,158.08 | $0.00 |
| **Percent Paid:** | | | **15.83%** | | | | | |
| 14 | 07/29/1999 | Richard Rubens<br>1201 E Vista Chino Road 504<br>Palm Springs , CA 92262<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $10,880.00 | $10,880.00 | $1,721.92 | $9,158.08 | $0.00 |
| **Percent Paid:** | | | **15.83%** | | | | | |
| 15 | 07/29/1999 | Danell Bukta<br>5122 S Clover Court<br>Chandler , AZ 85248<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $10,000.00 | $10,000.00 | $1,582.64 | $8,417.36 | $0.00 |
| **Percent Paid:** | | | **15.83%** | | | | | |
| 16 | 06/30/1999 | Dawn Wells<br>9614 Winter Run<br>Houston , TX 77064<br>**NOTES:** 2/18/13 - Claim dissallowed and stricken per ECF #63. Reviewed. (LB) | 7100-000 | $19,000.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | **0.00%** | | | | | |
| 17 | 07/30/1999 | David Kelly<br>9165 W 102nd Place<br>Westminster , CO 80021<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $12,940.00 | $12,940.00 | $2,047.94 | $10,892.06 | $0.00 |
| **Percent Paid:** | | | **15.83%** | | | | | |
| 18B | 07/30/1999 | Meng Ung<br>37 Central Street<br>Saugus , MA 01906<br>**NOTES:** 2/18/13 - Claim allowed as general unsecured and priority as per ECF #85. (LB) | 7100-000 | $5,440.00 | $3,490.00 | $552.34 | $2,937.66 | $0.00 |
| **Percent Paid:** | | | **15.83%** | | | | | |
| 19 | 08/03/1999 | Miroslaw Magdziak<br>2978 Eagle Trail<br>Clearwater , FL 33765<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $13,434.99 | $13,434.99 | $2,126.28 | $11,308.71 | $0.00 |
| **Percent Paid:** | | | **15.83%** | | | | | |
| 20 | 08/03/1999 | Larry Swartzlander<br>3145 Brickel Church Road N W<br>Baltimore , OH 43105<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $4,000.00 | $4,000.00 | $633.06 | $3,366.94 | $0.00 |
| **Percent Paid:** | | | **15.83%** | | | | | |
| 21 | 08/05/1999 | Stuart Fratkin<br>22035 Independencia Street<br>Woodland Hills , CA 91364<br>**NOTES:** 2/18/13 - Claim allowed as general unsecured per ECF #66. Reviewed. (LB) | 7100-000 | $10,000.00 | $10,000.00 | $1,582.64 | $8,417.36 | $0.00 |
| **Percent Paid:** | | | **15.83%** | | | | | |
| 22 | 08/06/1999 | Andrew Barba<br>15612 Jericho Drive<br>Odessa , FL 33556<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $5,956.00 | $5,956.00 | $942.62 | $5,013.38 | $0.00 |
| **Percent Paid:** | | | **15.83%** | | | | | |

| # | Date | Creditor | Code | Amount | Allowed | Paid | Balance | Other |
|---|---|---|---|---|---|---|---|---|
| 23 | 08/06/1999 | David L Foster<br>c/o John W Kallenbach<br>111 W Broadway<br>Bolivar , MO 65613<br>**NOTES:** 2/18/13 - Reviewed, (LB) | 7100-000 | $10,880.00 | $10,880.00 | $1,721.92 | $9,158.08 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 24B | 08/09/1999 | Bruce Kennaugh & Jan Ricky<br>POB 1380<br>Lake Stevens , WA 98258<br>**NOTES:** 2/18/13 - Cannot find explanation on docket as to why claim was split into part A and part B. (LB) | 7100-000 | $10,880.00 | $8,930.00 | $1,413.30 | $7,516.70 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 25B | 08/09/1999 | Scott Coleman<br>15316 W 91 Terrace<br>Lenexa , KS 66219<br>**NOTES:** 2/18/13 - Claim allowed per ECF #82. See order for specifics. Reviewed. (LB) This claim amends claim #6 and #55 | 7100-000 | $22,000.00 | $20,050.00 | $3,173.20 | $16,876.80 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 26 | 08/12/1999 | Federal Express Corp<br>Attn: Revenue Recovery BKC<br>2650 Thousand Oaks Blvd #180<br>Memphis , TN 38118<br>**NOTES:** 2/18/13 - Reviewed. (LB) | 7100-000 | $26,113.74 | $26,113.74 | $4,132.88 | $21,980.86 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 27 | 08/12/1999 | Marketing Center Advertising<br>c/o Max M Hagen Esq<br>3990 Sheridan St #104<br>Hollywood , FL 33021<br>**NOTES:** 2/15/13 - Claim allowed general unsecured per ECF #66. Reviewed. (LB) | 7100-000 | $95,542.13 | $95,542.13 | $15,120.91 | $80,421.22 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 28 | 08/12/1999 | Hugh Weidemann<br>304 Main Street<br>Janesville , IA 50647<br>**NOTES:** 2/15/13 - Reviewed. (LB) | 7100-000 | $5,440.00 | $5,440.00 | $860.96 | $4,579.04 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 29 | 08/12/1999 | John Temmer<br>513 Dove Court<br>Grand Junction , CO 81503-1456<br>**NOTES:** 2/15/13 - Reviewed. (LB) | 7100-000 | $21,378.80 | $21,378.80 | $3,383.50 | $17,995.30 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 30 | 08/12/1999 | Curtis Olson<br>405 Newark Road<br>Mount Vernon , OH 43050<br>**NOTES:** 2/15/13 - Reviewed. (LB) | 7100-000 | $10,880.00 | $10,880.00 | $1,721.92 | $9,158.08 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 31 | 08/16/1999 | Richard Hope<br>14917 Sherrod Croft Lane<br>Dade City , FL 33525<br>**NOTES:** 2/15/13 - Reviewed. (LB) | 7100-000 | $10,880.00 | $10,880.00 | $1,721.92 | $9,158.08 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 32 | 06/30/1999 | Lee Cherry<br>10221 Dunsford Drive<br>Littleon , CO 80124<br>**NOTES:** 2/5/13 - Claim dissallowed and sticken per ECF #63. Reviewed. (LB) | 7100-000 | $37,000.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 33 | 08/16/1999 | William Miller<br>8421 W National Road<br>New Carlisle , OH 45344<br>**NOTES:** 2/15/13 - Allowed general unsecured in the amount of $5,000.00 per ECF #63. Reviewed (LB) | 7100-000 | $5,000.00 | $5,000.00 | $791.32 | $4,208.68 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 34 | 06/30/1999 | | | | | | | |

| # | Date | Claimant | Code | Amount | Allowed | Paid | Balance | Other |
|---|---|---|---|---|---|---|---|---|
| | | Michael Cox<br>POB 426<br>Meade , KS 67864<br>**NOTES:** 2/15/13 Claim dissallowed and sticken as per ECF #63. Reviewed. (LB) | 7100-000 | $4,540.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | 0.00% | | | | |
| 36 | 08/19/1999 | Gary Becker<br>8961 Road 10<br>Merino , CO 80741<br>**NOTES:** 2/15/13 - Claim allowed as general unsecured per ECF #66. Reviewed. (LB) | 7100-000 | $34,082.00 | $34,082.00 | $5,393.96 | $28,688.04 | $0.00 |
| **Percent Paid:** | | | | 15.83% | | | | |
| 38 | 08/27/1999 | W Michael Archer<br>9024 Cobble Canyon Ln<br>Sandy , UT 84093<br>**NOTES:** 2/15/13 - Reviewed. (LB) | 7100-000 | $26,000.00 | $26,000.00 | $4,114.87 | $21,885.13 | $0.00 |
| **Percent Paid:** | | | | 15.83% | | | | |
| 40B | 08/27/1999 | Ervin Smith<br>10 Adrian Avenue D<br>Bronx , NY 10463 | 7100-000 | $5,440.00 | $3,490.00 | $552.34 | $2,937.66 | $0.00 |
| **Percent Paid:** | | | | 15.83% | | | | |
| 41 | 08/30/1999 | Ray A Waters<br>308 Locust Street<br>POB 520<br>Augusta , AR 72006<br>**NOTES:** 2/15/13 - Reviewed. (LB) | 7100-000 | $10,000.00 | $10,000.00 | $1,582.64 | $8,417.36 | $0.00 |
| **Percent Paid:** | | | | 15.83% | | | | |
| 42 | 08/30/1999 | Charles M Simpson<br>524 3 St S<br>#107<br>Nampa , IN 83651<br>**NOTES:** 2/15/13 - Reviewed. (LB) | 7100-000 | $9,410.00 | $9,410.00 | $1,489.27 | $7,920.73 | $0.00 |
| **Percent Paid:** | | | | 15.83% | | | | |
| 43 | 08/30/1999 | Lawrence Lenz<br>230 Dunnam<br>Flagstaff AZ 86001<br>Flagstaff , AZ 86001<br>**NOTES:** 2/15/13 - Allowed general unsecured in the amount of $7,000.00 per ECF #63 (LB) | 7100-000 | $7,000.00 | $7,000.00 | $1,107.85 | $5,892.15 | $0.00 |
| **Percent Paid:** | | | | 15.83% | | | | |
| 44 | 09/07/1999 | Cindy Maynard<br>5560 Colt Drive<br>Longmont , CO 80503<br>**NOTES:** 2/15/13- Reviewed. (LB) | 7100-000 | $15,200.50 | $15,200.50 | $2,405.70 | $12,794.80 | $0.00 |
| **Percent Paid:** | | | | 15.83% | | | | |
| 45 | 09/13/1999 | Dr Jane A Petrozzino<br>77 Old Cow Pasture Ln<br>Smoke Rise<br>Kinnelon , NJ 07405<br>**NOTES:** 2/14/13 - Reviewed. (LB) | 7100-000 | $852.00 | $852.00 | $134.84 | $717.16 | $0.00 |
| **Percent Paid:** | | | | 15.83% | | | | |
| 46 | 09/15/1999 | Gregory K Simpson<br>2944 S CloverDale Rd<br>Boise IO 83709<br>**NOTES:** 2/14/13 - Reviewed. (LB) | 7100-000 | $14,360.00 | $14,360.00 | $2,272.68 | $12,087.32 | $0.00 |
| **Percent Paid:** | | | | 15.83% | | | | |
| 47 | 09/15/1999 | Phillip Tran<br>16122 Leslie Lane<br>Missouri City , TX 77489<br>**NOTES:** 2/14/13 - Reviewed. (LB) | 7100-000 | $10,340.00 | $10,340.00 | $1,636.45 | $8,703.55 | $0.00 |
| **Percent Paid:** | | | | 15.83% | | | | |
| 48 | 09/16/1999 | Ronald W. Price<br>9059 Arborwood | 7100-000 | $10,880.00 | $0.00 | $.00 | $0.00 | $0.00 |

| # | Date | Creditor | Code | Amount | Allowed | | Balance | |
|---|---|---|---|---|---|---|---|---|
| | | San Antonio , TX 78250<br>**NOTES:** 2/14/13 - Claim disallowed and sticken per ECF #63. Reviewed. (LB) | | | | | | |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 49 | 09/17/1999 | Christine Seibert<br>9825 Jefferson Rd<br>Mascoultan , IL 62258<br>**NOTES:** 2/14/13 - Reviewed. (LB) | 7100-000 | $1,535.00 | $1,535.00 | $242.94 | $1,292.06 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 50 | 09/22/1999 | Vic Peterson<br>8356 Briarwood Avenue<br>Jenison , MI 49428<br>**NOTES:** 2/14/13 Reviewed. (LB) | 7100-000 | $690.00 | $690.00 | $109.20 | $580.80 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 51 | 09/29/1999 | Rich Consulting Group, Inc.<br>11 SW 4th Ave., Suite 14<br>Boca Raton , FL 33432<br>**NOTES:** 2/14/13 - Claim disallowed and sticken per ECF #63. Reviewed. (LB) | 7100-000 | $51,641.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 52 | 09/30/1999 | Creative Capital Resources, Inc.<br>11 SW 4th Avenue, #114<br>Boca Raton , FL 33432<br>**NOTES:** 2/14/13 Claim disallowed and sticken per ECF #63. Reviewed. (LB | 7100-000 | $299,094.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 53 | 10/05/1999 | Dale Harrington<br>2321 W 25th Street<br>Joplin , MO 64804<br>**NOTES:** 2/14/13 Reviewed. (LB) | 7100-000 | $11,075.00 | $11,075.00 | $1,752.78 | $9,322.22 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 54 | 10/13/1999 | Jonathan Liebenthal<br>POB 39185<br>Nimichik , AK 99639<br>**NOTES:** 2/14/13 - Reviewed. (LB) | 7100-000 | $10,880.00 | $10,880.00 | $1,721.92 | $9,158.08 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 56 | 10/18/1999 | Gary and Christine Marshall<br>336 Iron Street<br>Lehighton , PA 18235<br>**NOTES:** 2/14/13 - Claim allowed general unsecured per ECF #66 (LB) | 7100-000 | $22,000.00 | $22,000.00 | $3,481.82 | $18,518.18 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 57 | 06/30/1999 | Joseph R. Delellis<br>**NOTES:** 2/14/13 - Claim disallowed and sticken per ECF #63. Reviewed. (LB) | 7100-000 | $10,500.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 58 | 10/19/1999 | Joel J. Pischke<br>215 W. Cleveland Ave.<br>Spokane , WA 99205<br>**NOTES:** 2/14/13 - Claim disallowed and sticken per ECF #63. Reviewed. (LB) | 7100-000 | $11,600.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 59 | 10/19/1999 | Gerald Eby<br>47005 Willis Road<br>Belleville , MI 48111<br>**NOTES:** 2/14/13 - Reviewed. (LB) | 7100-000 | $14,346.00 | $14,346.00 | $2,270.46 | $12,075.54 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 60B | 10/19/1999 | Richard V Trevino<br>4210 N Ridgeway Ave<br>Chicago , IL 60618<br>**NOTES:** 2/14/13 - Refer to ECF #63. Reviewed. (LB) | 7100-000 | $5,000.00 | $3,050.00 | $482.71 | $2,567.29 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 61 | 10/26/1999 | Brad Schwab<br>2727 Ponderosa Drive | 7100-000 | $3,000.00 | $3,000.00 | $474.79 | $2,525.21 | $0.00 |

| Claim | Date | Creditor | Code | Amount Filed | Amount Allowed | Paid to Date | Balance | |
|---|---|---|---|---|---|---|---|---|
| | | Lawrence, KS 66046 **NOTES:** 2/14/13 - Reviewed. (LB) | | | | | | |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 62 | 10/29/1999 | BellSouth Telecommunications Inc c/o BKC Group 125 Perimeter Center West Rm#260 Atlanta, GA 30346 **NOTES:** 2/14/13 - Reviewed (LB) | 7100-000 | $2,718.55 | $2,718.55 | $430.25 | $2,288.30 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 63 | 11/01/1999 | Graig Shore 2801 South U S 131 Cadillac, MI 49601 **NOTES:** 2/14/13 - Claim allowed as general unsecured in the amount of $3,630.00 per ECF #63. Reviewed (LB) | 7100-000 | $3,630.00 | $3,630.00 | $574.50 | $3,055.50 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 64 | 11/01/1999 | Robert Smith 17581 Grange Center Road Saegertown, PA 16433 **NOTES:** 2/14/13 - Reviewed. (LB) | 7100-000 | $25,880.00 | $25,880.00 | $4,095.88 | $21,784.12 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 65 | 11/01/1999 | Michael Coppens 2511 S Jasmine Place Denver, CO 80222 **NOTES:** 2/14/13 - Reviewed. Claim allowed as general unsecured per ECF #66. (LB) | 7100-000 | $5,000.00 | $5,000.00 | $791.32 | $4,208.68 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 66 | 11/05/1999 | Joe D Searight Jr PO Box 7835 Des Moines, IA 50322 **NOTES:** 2/14/13 - Reviewed. Claim allowed as general unsecured per ECF #66 (LB) | 7100-000 | $8,400.00 | $8,400.00 | $1,329.42 | $7,070.58 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| 67 | 11/08/1999 | Chris Grant PO Box 2414 Joplin, MO 64803-2414 **NOTES:** 2/14/13 - Claim dissallowed and stricken per ECF #63. Added and reviewed. (LB) | 7100-000 | $10,000.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 68 | 11/08/1999 | Odette Marquez 10882 Calle Verde #118 La Mesa, CA 91941 **NOTES:** 2/14/13 - Claim disalllowed and stricken per ECF#63. Reviewed and added. (LB) | 7100-000 | $1,950.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 69 | 11/08/1999 | Robert Harriman 3106 Latrobe Lane Katy, TX 77450 **NOTES:** 2/4/13 - Claim dissallowed and stricken per ECF #63. Added and reviewed (LB) | 7100-000 | $10,000.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 81 | 11/05/1999 | Benchmark Bank **NOTES:** Amended by claim #82 | 7100-000 | $149,749.20 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | | |
| 82 | 10/01/2002 | Benchmark Bank c/o Bruce Goodman, Esq. 2900 E. Oakland Pk Blvd 3rd Floor Ft. Lauderdale,, FL 33306 **NOTES:** 2/13/13 Reviewed by LB. Amends claim #81 | 7100-000 | $130,549.20 | $130,549.20 | $20,661.28 | $109,887.92 | $0.00 |
| **Percent Paid:** | | | | **15.83%** | | | | |
| **Total for General Unsecured § 726(a)(2)** | | | | **$1,443,594.79** | **$815,940.59** | **$129,134.29** | **$686,806.30** | **$0.00** |

## Tardy General Unsecured § 726(a)(3)

| 70 | 11/09/1999 | Bank of America Bankruptcy Department PO Box 26012 | 7200-000 | $24,366.88 | $24,366.88 | $.00 | $24,366.88 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Greensboro , NC 27420-1414 **NOTES:** 2/14/13 - Added and reviewed (LB) | | | | | |
| **Percent Paid:** | | | | **0.00%** | | | |
| 71 | 11/12/1999 | | | | | | |
| | | John Bongsoo Chung 411 Parliament Rd. Martinez , GA 30907 **NOTES:** 2/14/13 - Claim dissallowed and stricken on ECF #63. Added and reviewed (LB) | 7200-000 | $12,568.30 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | |
| 73 | 11/22/1999 | | | | | | |
| | | Ed Schlueter 3132 SW 17th Street Topeka , KS 66604 **NOTES:** 2/13/13 - claim dissallowed and stricken per ECF #63. Reviewed and added by (LB) | 7200-000 | $22,601.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | |
| 75 | 12/22/1999 | | | | | | |
| | | Novus Services, Inc. Attn: Rosemary Cox POB 28543 Columbus , OH 43228 **NOTES:** 2/13/13 ECF #66 adn #88 Allowed General Unsecured in the amount of $21,897.20. Added and reviewed by (LB) | 7200-000 | $21,897.20 | $21,897.20 | $.00 | $21,897.20 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | |
| 76 | 01/10/2000 | | | | | | |
| | | American Express Travel Related Servcies c/o Becket & Lee, LLP PO Box 3001 Malvern , PA 19355-7800 **NOTES:** 2/13/13 ECF #64 withdraw of objection. Added and reviewed by (LB) | 7200-000 | $41,429.00 | $41,429.00 | $.00 | $41,429.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | |
| 77 | 09/12/2000 | | | | | | |
| | | Antoinette Leary POB 5911 Tahoe City , CA 96145 **NOTES:** 2/13/13 Claim added and reviewed (LB) | 7200-000 | $2,400.00 | $2,400.00 | $.00 | $2,400.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | |
| 78 | 11/06/2000 | | | | | | |
| | | Michael Fee RD #4 Box 4270 Notich Rd. Duncannnon , PA 17020 **NOTES:** 2/13/13 ECF #75 allowed claim to be admitted as untimely gen. unsecured. Reviewed (LB) | 7200-000 | $297.00 | $297.00 | $.00 | $297.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | |
| 79 | 03/16/2001 | | | | | | |
| | | Christopher M. Trudeau 1205 Cedar Creek Drive Lake Zurich , IL 60047 **NOTES:** 2/13/13 - Claim added and reviewed by LB. | 7200-000 | $10,880.00 | $10,880.00 | $.00 | $10,880.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | |
| 80 | 04/04/2001 | | | | | | |
| | | Joe D. Searight, Jr. **NOTES:** Claim stricken per ECF #88 | 7200-000 | $6,025.00 | $0.00 | $.00 | $0.00 | $0.00 |
| **Percent Paid:** | | | | **0.00%** | | | |
| **Total for Tardy General Unsecured § 726(a)(3)** | | | | **$142,464.38** | **$101,270.08** | **$0.00** | **$101,270.08** | **$0.00** |
| | | | | | | | |
| **Case Totals** | | | | **$1,718,309.48** | **$1,006,960.98** | **$218,884.60** | **$788,076.38** | **$.00** |